

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 14, 2022**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                Case No. 22-31364-SWE-13
BRIAN ALLEN & JUDY DANETTE SPENCER
    Debtors

---

### Order Denying Confirmation

---

On October 06, 2022 , came on for consideration the Confirmation of the plan filed July 30, 2022 by the Debtors.

The Court finds that good cause exists for the entry of this Order; it is therefore

**ORDERED THAT** Confirmation is hereby denied.

Order Denying Confirmation,  Page 2
22-31364-SWE-13
BRIAN ALLEN & JUDY DANETTE SPENCER

### End of Order ###

Signed:     /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar # 16218700

Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0756  (Fax)